**Order entered July 26, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00273-CV

## CAROLYN S. THOMAS, Appellant

## V.

## DALLAS HOUSING AUTHORITY, Appellee

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-00824

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated July 8, 2021, we directed appellant to file written verification she had requested it and cautioned her that failure to comply within ten days could result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). To date, appellant has not responded. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her opening brief no later than August 25, 2021.

/s/    CRAIG SMITH
JUSTICE